Scottlynn J Hubbard, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff Arretta Tyler

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arretta Tyler,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Valley MRI and Radiology, Inc.,;<br>Sonoma Federal, LLC,<br><br>　　Defendants. | Case No. 2:19-cv-00651-KJM-AC<br><br>**Stipulation to Amend Complaint** |

The hereby parties stipulate that Plaintiff may amend her complaint to add her husband, Richard Tyler, as a plaintiff; a copy of her proposed amended complaint is attached hereto as Exhibit A.

Dated: June 24, 2019   DISABLED ADVOCACY GROUP, APLC

 */s/ Scottlynn J Hubbard*
SCOTTLYNN J HUBBARD
Attorney for Plaintiff Arretta Tyler

Dated: July 2, 2019   BORTON PETRINI, LLP

 */s/ Sarah A. Ornelas*
SARAH ORNELAS
Attorneys for Defendants Valley MRI and Radiology, Inc. and Sonoma Federal, LLC

## **ORDER**

Good cause having been shown, Plaintiff shall file her proposed amended complaint within seven (7) days. Defendants' answer, should they choose to file one, shall be filed within seven (7) days of Plaintiff's filing.

DATED: July 15, 2019.

_____
UNITED STATES DISTRICT JUDGE