1

Scottlynn J Hubbard, SBN 212970
**Disabled Advocacy Group, APLC**

2

12 Williamsburg Lane

3

Chico, California 95926
Telephone: (530) 895-3252

4

Facsimile: (530) 894-8244

5

6

Attorney for Plaintiff Arretta Tyler

7

Sarah Ornelas, SBN 258890

8

**Borton Petrini, LLP**
201 Needham Street

9

Modesto, California 95354

10

Telephone: (209) 576-1701
Facsimile: (209) 527-9753

11

12

Attorney for Defendants Valley MRI and

13

Radiology, Inc. and Sonoma Federal, LLC

14

15

THE UNITED STATES DISTRICT COURT

16

FOR THE EASTERN DISTRICT OF CALIFORNIA

17

18

Arretta Tyler,                                    )   Case No. 2:19-cv-00651-KJM-AC

19

)

20

        Plaintiff,                                )
)   **Stipulation to Referral to VDRP;**

21

    v.                                            )   **Order**

22

)

23

Valley MRI and Radiology, Inc.,;                  )
Sonoma Federal, LLC,                              )

24

)

25

        Defendants.                               )

26

27

28

1             Pursuant to Local Rule 271, the parties hereby agree to submit

2    the above-entitled action to the Voluntary Dispute Resolution Program.

3

4    Dated: September 30, 2020     DISABLED ADVOCACY GROUP, APLC

5

6                               */s/ Scottlynn J Hubbard*

7                               SCOTTLYNN J HUBBARD

8                               Attorney for Plaintiff Arretta Tyler

9

10   Dated: September 30, 2020     BORTON PETRINI, LLP

11

12                              */s/ Sarah Ornelas*

13                              SARAH ORNELAS

14                              Attorneys for Defendants Valley MRI and

15                              Radiology, Inc. and Sonoma Federal, LLC

16   ---------------------------------------------------------------------------------------

17                              ORDER

18

19            Pursuant to the parties' stipulation, the court referres this matter to the

20   Voluntary Dispute Resolution Program.

21            This order resolves ECF No. 26.

22            IT IS SO ORDERED.

23   Dated:  October 6, 2020.

24

25   _____

26            CHIEF UNITED STATES DISTRICT JUDGE

27

28