1  Sarah A. Ornelas, Esq. SBN 258890
**BORTON PETRINI, LLP**
2  201 Needham Street
Modesto, California 95354
3  Tel: (209) 576-1701
Fax: (209) 527-9753
4  sornelas@bortonpetrini.com

5  *Attorneys for Defendants*,
VALLEY MRI AND RADIOLOGY, INC. and
6  SONOMA FEDERAL, LLC

7  Scottlynn J Hubbard, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
8  12 Williamsburg Lane
Chico, California  95926
9  Telephone: (530) 895-3252
Facsimile: (530) 894-8244
10

11  *Attorney for Plaintiff* Arretta Tyler

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

15  RICHARD and ARRETTA TYLER,              Case No. 2:19-CV-00651-KJM-AC

16                    Plaintiff,            **STIPULATION OF THE PARTIES RE: EXPERT DISCOVERY; [PROPOSED] ORDER**

17  v.

18  VALLEY MRI AND RADIOLOGY, INC.;
SONOMA FEDERAL, LLC,
19

20                    Defendants.

21

22          The Parties have met and conferred on the issue of expert discovery and hereby stipulate

23  that the expert discovery deadline be extended from October 16, 2020 to **January 22, 2021**.  The basis

24  for this Stipulation is as follows:

25          1.  The Parties have recently agreed to participate in Mediation in this matter.

26          2.  On October 16, 2020, this Court referred the parties to the Voluntary Dispute

27              Resolution Program.

28

g:\docs\kjm\pa
tti\5. quick
orders\tyler.06
51.stip.bep[pro
posed more

1

STIPULATION OF THE PARTIES

3. Prior to participating in Mediation, the parties do not want to incur the cost of expert discovery, as incurring such costs may have a negative impact on the Parties being able to meaningfully participate in Mediation.

Dated: October 12, 2020                    BORTON PETRINI, LLP


                                           /s/ Sarah A. Ornelas
                                           SARAH ORNELAS
                                           Attorneys for Defendants Valley MRI and Radiology, Inc. and
                                           Sonoma Federal, LLC


Dated: October 12, 2020                    DISABLED ADVOCACY GROUP, APLC


                                           /s/ Scottlynn J Hubbard
                                           SCOTTLYNN J HUBBARD
                                           Attorney for Plaintiff Arretta Tyler




        IT IS SO ORDERED.

DATED:  October 14, 2020.


                                           CHIEF UNITED STATES DISTRICT JUDGE

g:\docs\kjm\patti\5. quick orders\tyler.0651.stip.bep[proposed more

STIPULATION OF THE PARTIES