Sarah A. Ornelas, Esq. SBN 258890
**BORTON PETRINI, LLP**
201 Needham Street
Modesto, California 95354
Tel: (209) 576-1701
Fax: (209) 527-9753
sornelas@bortonpetrini.com

*Attorneys for Defendants,*
VALLEY MRI AND RADIOLOGY, INC. and
SONOMA FEDERAL, LLC

Scottlynn J Hubbard, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

*Attorney for Plaintiff* Arretta Tyler

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD and ARRETTA TYLER,

Plaintiff,

v.

VALLEY MRI AND RADIOLOGY, INC.; SONOMA FEDERAL, LLC,

Defendants.

Case No. 2:19-CV-00651-KJM-AC

**STIPULATION TO CONTINUE THE FINAL PRETRIAL CONFERENCE DATE**

NOW COME the Parties, and hereby stipulate to the continuance of the Pretrial Conference Date in this matter to be continued from July 29, 2022 at 10:00 am until August 19, 2022 at 10:00 am. The basis for this requested continuance is as follows:

1. Defense counsel, Sarah Ornelas, has a conflict on July 29, 2022. Her mother-in-law is being honored at the 48th Annual National Direct Instruction Conference by being inducted into the Direct Instruction Hall of Fame in Eugene,

Oregon. The award ceremony is on July 29, 2022. As such, Ms. Ornelas will be with her family in Eugene, Oregon on that date.

2. Counsel had met and conferred, and trial counsel are both available on August 19, 2022 at 10:00 am for the Final Pretrial Conference.

Dated: June 9, 2022

BORTON PETRINI, LLP

*/s/ Sarah A. Ornelas*
SARAH ORNELAS
Attorneys for Defendants Valley MRI and Radiology, Inc. and Sonoma Federal, LLC

Dated: June 9, 2022

ZINK & LENZI

*/s/ J.D. Zink*
J.D. ZINK
Attorney for Plaintiff Arretta Tyler

**ORDER**

Good cause having been shown, the Final Pretrial Conference date is continued from July 29, 2022 at 10:00 am until August 19, 2022 at 10:00 am.

Dated: June 15, 2022

CHIEF UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE (Code Civ. Proc., §§ 1013a)**

STATE OF CALIFORNIA, COUNTY OF STANISLAUS

I am employed in the County of Stanislaus, State of California. I am over the age of 18 and not a party to the within action; my business address is Borton Petrini, LLP, 201 Needham Street, Modesto, California 95354.

On **June 9, 2022**, I served the foregoing document described as, **STIPULATION TO CONTINUE THE FINAL PRETRIAL CONFERENCE DATE** on the other parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

**SEE ATTACHED SERVICE LIST**

☐ **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice the envelope would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Modesto, California in the ordinary course of business.

☐ **BY FACSIMILE:** I caused each document to be delivered by electronic facsimile to the listed above. The facsimile machine I used complied with California Rules of Court, Rule 2.301 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.306.

☐ **BY OVERNIGHT COURIER SERVICE:** I caused each envelope with postage fully prepaid to be sent by overnight.

☐ **BY PERSONAL SERVICE:** Pursuant to C.C.P. Section 1011, I caused to be delivered such envelope by hand to the offices of the addressee(s) listed on the attached mailing list.

☑ **BY ELECTRONIC SERVICE:** Pursuant to Code of Civil Procedure section 1010.6 and California Rules of Court, Rule 2.251, service shall be completed via electronic transmission to the attached person(s) transmission of such is at the e-mail address(es) indicated on the attached mailing list.

☑ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **June 9, 2022**, at Modesto, California.

**Michelle M. Richey**
Type or Print Name

*/s/ Michelle Richey*
Signature

**ATTORNEY FOR PLAINTIFFS**

Joseph D Zink, Esq., SBN 58726
**ZINK & LENZI**
250 Vallombrosa Avenue, Suite 175
Chico, California 95926
Ph: (860) 895-1234
Email: jd@zinkandlenzi.com